J Christopher Jorgensen
Nevada Bar No. 5382
Matthew R. Tsai
Nevada Bar No. 14290
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: (702) 949-8200
Email: cjorgensen@lrrc.com
Email: mtsai@lrrc.com

*Attorneys for Defendant Discover Financial Services, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATHALIE SANTOS, an individual, | Case No.: 2:20-cv-02053-JCM-VCF |
| Plaintiff, | |
| vs. | **DISCOVER FINANCIAL SERVICES, LLC'S UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |
| DISCOVER FINANCIAL SERVICES LLC, a foreign limited-liability company; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, | |
| Defendant. | **(SECOND REQUEST)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Discover Financial Services, LLC ("Discover"), through its attorneys, respectfully requests that the Court extend the deadline in which Discover has to answer or otherwise respond to Plaintiff's Complaint, by fourteen (14) days, through and until February 8, 2021. In support of its Motion, Discover states as follows:

1. Plaintiff's Complaint was filed on November 6, 2020. ECF No. 1.

2. After executing a waiver of service, Discover's deadline to respond to the Plaintiff's Complaint was January 11, 2021.

3. Discover previously moved to extend its deadline by 14 days, through January 25, 2021 ("First Request"), which was granted by the Court. ECF No. 16.

113380241.1

4. Discover now respectfully requests that the Court extend Discover's deadline to respond to the Complaint by 14 days through and including February 8, 2021 ("Second Request").

5. Discover's Second Request is brought in good faith and not made to unnecessarily delay discovery or the proceedings in this matter. The parties anticipate a resolution of this matter and seek additional time to further gather and review information and finalize documentation.

6. No party will be prejudiced by the Second Request nor, respectfully, will the extension unduly burden the Court.

7. Counsel for Discover sought concurrence to this Motion from counsel for Plaintiff and concurrence was obtained to extend the deadline to February 8, 2021. Counsel for Plaintiff has agreed to extend the response deadline by fourteen (14) days.

**WHEREFORE** defendant Discover respectfully requests that the Court grant its Unopposed Motion to Extend Deadline to Respond to Complaint (Second Request), extending its deadline to answer or otherwise respond to Plaintiff's Complaint through and until February 8, 2021, and award such other relief the Court deems just and proper.

DATED this 22nd day of January, 2021.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

/s/ *Matthew R. Tsai*
J Christopher Jorgensen (NBN 5382)
Matthew R. Tsai (NBN 14290)
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-599
*Attorneys for Defendant Discover Financial Services, LLC*

ORDER

**IT IS SO ORDERED.**

United States Magistrate Judge
Dated: 1-25-2021

# CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of January, 2021, I caused a true and accurate copy of the foregoing document entitled *Discover Financial Services, LLC's Unopposed Motion to Extend Deadline to Respond to Complaint* to be filed with the Clerk of the Court via the CM/ECF system, which will send an electronic copy to all interested parties.

    /s/ *Annette Jaramillo*
An employee of Lewis Roca
Rothgerber Christie LLP

3

113380241.1