J Christopher Jorgensen
Nevada Bar No. 5382
Matthew R. Tsai
Nevada Bar No. 14290
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996
Tel: (702) 949-8200
Email: cjorgensen@lrrc.com
Email: mtsai@lrrc.com

*Attorneys for Defendant Discover Financial Services, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATHALIE SANTOS, an individual, | Case No.: 2:20-cv-02053-JCM-VCF |
| Plaintiff, | |
| vs. | **DISCOVER FINANCIAL SERVICES, LLC'S UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** |
| DISCOVER FINANCIAL SERVICES LLC, a foreign limited-liability company; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, | |
| Defendant. | **(THIRD REQUEST)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Discover Financial Services, LLC ("Discover"), through its attorneys, respectfully requests that the Court extend the deadline in which Discover has to answer or otherwise plead to Plaintiff's Complaint, by 7 days, through and until February 16, 2021. In support of its Motion, Discover states as follows:

1. Plaintiff's Complaint was filed on November 6, 2020. ECF No. 1

2. After executing a waiver of service, Discover's deadline to respond to the Plaintiff's Complaint was January 11, 2021.

3. Discover previously moved to extend its deadline by 14 days, through January 25, 2021 ("First Request"), which was granted by the Court in order for Discover

113512413.1

1  to review documentation and investigate the allegations in the Plaintiff's Complaint. ECF
2  No. 16.
3        4.    Discover further moved to extend its deadline by an additional 14 days,
4  through and until February 8, 2021, to allow Discover to prepare a declaration in support of
5  its request from Plaintiff for a dismissal ("Second Request"), which the Court granted. ECF
6  No. 21.
7        5.    Discover now respectfully requests that the Court extend Discover's current
8  deadline of February 8, 2021, to respond to the Complaint by 7 days through and including
9  February 16, 2021,[1] to allow the parties to finalize the terms of resolution ("Third Request").
10       6.    Discover's Third Request is brought in good faith and not made to
11 unnecessarily delay discovery or the proceedings in this matter. The parties anticipate a
12 resolution of this matter and seek additional time to finalize documentation.
13       7.    No party will be prejudiced by this Third Request for extension nor,
14 respectfully, will the extension unduly burden the Court.
15       8.    Counsel for Discover sought concurrence to this motion from counsel for
16 Plaintiff and concurrence was obtained to extend the deadline to February 16, 2021.
17 Counsel for Plaintiff has agreed to extend the response deadline by 7 days.
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /

---

[1] Of note, February 15, 2021, is a holiday.

2

113512413.1

**WHEREFORE** Defendant Discover, respectfully requests that the Court grant its Unopposed Motion to Extend Deadline to Respond to Complaint (Third Request), extending its deadline to answer or otherwise plead to Plaintiff's Complaint through and until February 16, 2021.

DATED this 5th day of February, 2021.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

/s/ *Matthew R. Tsai*
J Christopher Jorgensen (NBN 5382)
Matthew R. Tsai (NBN 14290)
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-599
*Attorneys for Defendant Discover Financial Services, LLC*

ORDER

**IT IS SO ORDERED.**

_____
United States Magistrate Judge
Dated: 2-5-2021

3

113512413.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of February, 2021, I caused a true and accurate copy of the foregoing document entitled *Discover Financial Services, LLC's Unopposed Motion to Extend Deadline to Respond to Complaint* to be filed with the Clerk of the Court via the CM/ECF system, which will send an electronic copy to all interested parties.

      /s/ *Annette Jaramillo*
An employee of Lewis Roca Rothgerber Christie LLP