# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| NATHALIE L. SANTOS,<br><br>    Plaintiff,<br><br>vs.<br><br>DISCOVER FINANCIAL SERVICES LLC, a foreign limited-liability company; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation,<br><br>    Defendants. | 2:20-cv-02053-JCM-VCF<br><br>**ORDER** |

Before the Court is the Second Joint Status Report Regarding Settlement Between Plaintiff and Defendant Discover Financial Services LLC (ECF No. 30).

The parties request the court set a deadline in thirty days to dismiss the action against DFS.

Accordingly,

IT IS HEREBY ORDERED that Plaintiff Santos and Defendant Discover Financial Services LLC must file the proposed stipulation and order to dismiss on or before July 7, 2021.

DATED this 4th day of June, 2021.

                   _____
                   CAM FERENBACH
                   UNITED STATES MAGISTRATE JUDGE